IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ARMANDO TREVINO, § | |
| Petitioner, § | |
| § | |
| v. § | 2:06-CV-0299 |
| § | |
| NATHANIEL QUARTERMAN, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came for consideration the Petition for a Writ of Habeas Corpus by petitioner wherein he challenges a detainer placed upon him by the State of Texas. On February 20, 2007, Respondent filed a Motion to Dismiss because the detainer, in the form of a warrant, had been dismissed and petitioner had discharged his Texas sentence. On February 22, 2007 the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein to grant respondent's motion and that petitioner's application for a writ of habeas corpus be dismissed as moot. As of this date, petitioner has not filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _14_ day of _March_ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE